## AFFIDAVIT OF WILLIAM D. MERKLIN, P.E.

COUNTY OF NASSAU    )
                              SS:
STATE OF NEW YORK    )

William D. Merklin, being duly sworn, deposes and says:

1.      I am the Vice President of Dvirka and Bartilucci Consulting Engineers ("D&B"), Division of Water Supply.  At all relevant times after May of 1995, I was employed by D&B.

2.      I am a licensed engineer in the State of New York.

3.      At all times since my hiring at D&B in 1995, D&B has provided engineering services to the Bowling Green Water District.  This relationship continues to this date. I am personally familiar with the water supply system at the Bowling Green Water District.

4.      While employed at D&B, I had involvement in the observation of the construction of the remedial system at the Bowling Green Water District in 1995. This remedial system was necessary to remove various Volatile Organic Compounds from the public drinking water supply. My involvement included observation of the construction of the remedial air stripper tower and the connection of the then existing granulated activated carbon system to the treatment system.

5.      The treatment system installed in 1995 consisted of a thirty foot tower called an air stripper.  At the Bowling Green Water District, potentially contaminated water is initially treated in the air stripper tower.  The water is then pumped through the granulated activated carbon system for "polishing".  Polishing is the final removal of any contamination that is not removed in the air stripper tower.

6.      The air stripper tower was built in the Summer of 1995. The first physical on-site activity associated with the air stripper tower that I am aware of, occurred on June 12-13 of 1995. At that time, D&B hired Warren George, Inc. ("WGI") to drill three soil borings at the Bowling Green Water District well field.

7.      These soil borings were done with a large drilling truck, similar to the type of equipment which would be used to drill a household well.  Between June 12-13, 1995, this rig drilled three borings. These borings were four inches in diameter and went down thirty two feet below the ground surface.  These borings were done directly below the area that the concrete slab for the air stripper tower was to be erected. The purpose of the borings was to determine the soil conditions below the proposed area for the concrete slab on which the air stripper tower was to be erected.

8.      The results of the soil borings were incorporated into a report by WGI.  The WGI report was forwarded to D&B on June 14, 1995 and was maintained by D&B as a business record.  A true and accurate copy of the WGI report is appended to this affidavit. The report specifically confirms that the work was done between June 12-13, 1995.

9.      As with all construction projects in Long Island, these soil borings were a necessary first step.  Taking soil borings at the Bowling Green Water District was a necessary physical on-site activity.

10.     Once the air stripper tower was put into service, the granulated activated carbon system was incorporated into the remedial system for purposes of polishing the water and removing any contamination not removed by the air stripper tower.

11.     This system is still in use at the Bowling Green Water District to this date.

12.     By letter dated July 7, 1995, Region Associates, Inc. was directed to commence

excavation work and pouring of the slab for the air stripper tower on July 11, 1995.  This

was done by letter from Daniel Davis at the Town of Hempstead Water Department to

Region Associates, Inc.  D&B was copied on this letter.  A true and accurate copy of the

letter is attached hereto.  At all relevant times, this letter was in the files of D&B as a

business record.

13.     The Slab was constructed directly over the location in which the soil boring were

done by WGI on June 12-13, 1995.

Dated  March  9, 2009
          Woodbury, New York

                                                                  _____
                                                                  William D. Merklin

Sworn and subscribed before me this
9 day of March, 2009

_____
Notary Public, State of New York

KELLY PEDONE
Notary Public, State of New York
No. 01PE5030019
Qualified in Nassau County
Commission Expires July 5, 20 10

**WGI** Warren George Inc.

SUBSURFACE EXPLORATION

FOR: DVIRKA & BARTILUCCI

JOB LOCATION: BOWLING GREEN

L. 95191

| SHEET | 1 OF 1 |
| LOCATION | HEMPSTEAD, L.I. |
| HOLE NO | B-1 |
| LINE & STA | |
| OFFSET | |

| DEPTH | | CASING OUT DATE | DATE START | 6-12-95 | GROUND ELEVATION |
| DEPTH | | AIR CASING OUT DATE | DATE FINISH | 6-12-95 | GROUND WATER ELEVATION |

| CASING | 4" | D | | WEIGHT OF HAMMER | 300-140 | LBS | HAMMER FALL |
| SAMPLER | 2" | D | | INSIDE LENGTH OF SAMPLER | 24 | IN | CASING 24" SAMPLER 30" |
| DIAMOND BIT SIZE | | | | | | | |

| CASING BLOWS PER FOOT | SAMPLE NUMBER | SAMPLE DEPTHS ELEV. / FEET | SAMPLE RECOVERY | BLOWS PER 6 ON SAMPLER 0-6 | 6-12 | 12-18 | 18-24 | DENSITY OR CONSIST. MOISTURE | PROFILE CHANGE DEPTH | FIELD IDENTIFICATION OF SOIL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0 | BLACKTOP AND GRAVEL |
| | 1 | 6"-2'6" | | 17 | 31 | 21 | 18 | | 6" | |
| | | | | | | | | | | BLACK BROWN SAND, GRAVEL |
| | 2 | 5'-7' | | 3 | 27 | 39 | 57 | | 6' | |
| | 3 | 10'-12' | | 27 | 31 | 43 | 32 | | | |
| | 4 | 15'-17' | | 24 | 32 | 35 | 39 | | | BROWN SAND, GRAVEL |
| | 5 | 20'-22' | | 36 | 40 | 41 | 46 | | | |
| | 6 | 25'-27' | | 26 | 32 | 29 | 35 | | | |
| | 7 | 30'-32' | | 21 | 27 | 43 | 49 | | 32' | |
| | | | | | | | | | | END OF HOLE 32' |

| Rod Engineer | | Driller | ERNEST THOMAS |
| Drilling Inspector | | Helper | DESMOND WILLIAMS |

| | | **WGI** Warren George Inc. | | SHEET 1 OF 1 |
|---|---|---|---|---|
| BOWLING GREEN | | | | LOCATION HEMPSTEAD, L.I. |
| | | | | HOLE NO. B-2 |
| | | SUBSURFACE EXPLORATION | | LINE & STA |
| L.95191 | FOR | DVIRKA & BARTILUCCI | | OFFSET |

| | | | DATE START 6-13-95 | GROUND ELEVATION |
|---|---|---|---|---|
| | | | DATE FINISH 6-13-95 | GROUND WATER ELEVATION |

| CASING O.D. 4" | | WEIGHT OF HAMMER 300-140 | | HAMMER FALL |
|---|---|---|---|---|
| SAMPLER O.D. 2" | | INSIDE LENGTH OF SAMPLER 24 | | CASING 24" SAMPLER 30" |
| DIAMOND BIT SIZE | | | | |

| CASING BLOWS PER FOOT | SAMPLE NUMBER | SAMPLE DEPTHS ELEV. / FEET | SAMPLE RECOVERY | BLOWS PER 6 ON SAMPLER 0-6 / 6-12 / 12-18 / 18-24 | DENSITY OR CONSIST. MOISTURE | PROFILE CHANGE DEPTH | FIELD IDENTIFICATION OF SOIL |
|---|---|---|---|---|---|---|---|
| | 1 | 0'-2' | | 7 \| 5 \| 11 \| 12 | | 0'- | FILL |
| | | | | | | 5' | |
| | 2 | 5'-7' | | 7 \| 9 \| 11 \| 10 | | | |
| | 3 | 10'-12' | | 23 \| 31 \| 34 \| 34 | | | LIGHT BROWN SAND, GRAVEL |
| | 4 | 15'-17' | | 39 \| 61 \| 42 \| 39 | | | |
| | 5 | 20'-22' | | 12 \| 27 \| 29 \| 31 | | 24' | RED BROWN SAND, GRAVEL |
| | 6 | 25'-27' | | 31 \| 29 \| 32 \| 38 | | 28' | |
| | 7 | 30'-32' | | 29 \| 37 \| 49 \| 67 | | 32' | BROWN SAND, MEDIUM FINE |
| | | | | | | | END OF HOLE 32' |

| Soil Engineer | | Driller: ERNEST THOMAS |
|---|---|---|
| Drilling Inspector | | Helper: DESMOND WILLIAMS |

| JOB LOCATION | | | | WGI Warren George Inc. | | | | | SHEET 1 of 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BOWLING GREEN | | | | SUBSURFACE EXPLORATION | | | | | LOCATION HEMPSTEAD, L.I. |
| | | | | | | | | | HOLE NO. B-3 |
| | | | | | | | | | LINE & STA _____ |
| L. 95191 | | | FOR DVIRKA & BARTILUCCI | | | | | | OFFSET _____ |

| DEPTH _____ CASING OUT ___ AIL | DATE START 6-12-95 | GROUND ELEVATION _____ |
| --- | --- | --- |
| DEPTH _____ ST ___ AIL CASING OUT ___ AIL | DATE FINISH 6-12-95 | GROUND WATER ELEVATION _____ |

| CASING O.D. 4" ___ I.D. _____ | WEIGHT OF HAMMER 300-140 LBS. | HAMMER FALL |
| --- | --- | --- |
| SAMPLER O.D. 2" ___ I.D. _____ | INSIDE LENGTH OF SAMPLER 24 IN. | CASING 24" SAMPLER 30" |
| DIAMOND BIT SIZE _____ | | |

| CASING BLOWS PER FOOT | SAMPLE NUMBER | SAMPLE DEPTHS ELEV. / FEET | SAMPLE RECOVERY | BLOWS PER 6" ON SAMPLER | | | | DENSITY OR CONSIST. MOISTURE | PROFILE CHANGE DEPTH | FIELD IDENTIFICATION OF SOIL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 0-6 | 6-12 | 12-18 | 18-24 | | | |
| | 1 | 6"-2'6" | | 19 | 11 | 15 | 13 | | 0'- 6" | BLACKTOP |
| | | | | | | | | | | BLACK BROWN SAND, GRAVEL |
| | 2 | 5'-7' | | 17 | 39 | 42 | 47 | | 7' | |
| | 3 | 10'-12' | | 17 | 22 | 28 | 28 | | | REDDISH BROWN SAND, GRAVEL |
| | 4 | 15'-17' | | 22 | 21 | 37 | 33 | | 17' | |
| | 5 | 20'-22' | | 19 | 23 | 21 | 27 | | | LIGHT BROWN SAND, GRAVEL |
| | 6 | 25'-27' | | 32 | 57 | 51 | 49 | | 27' | |
| | | | | | | | | | | BROWN SAND MEDIUM FINE, TRACES OF LITTLE GRAVEL |
| | 7 | 30'-32' | | 61 | 82 | 76 | 89 | | 32' | |
| | | | | | | | | | | END OF HOLE 32' |

| Soil Engineer _____ | Driller: ERNEST THOAMS |
| --- | --- |
| Drilling Inspector _____ | Helper: DESMOND WILLIAMS |

COUNCIL MEMBERS
PATRICK A. ZAGARINO
JOSEPH J. KEARNEY
CURTIS E. FISHER
ANTHONY J. SANTINO
BRUCE A. BLAKEMAN
JOSEPH J. RA

DANIEL M. FISHER, JR.
TOWN CLERK

ANGIE M. CULLIN
RECEIVER OF TAXES

DANIEL DAVIS, P.E.
COMMISSIONER

# TOWN OF HEMPSTEAD
## DEPARTMENT
### OF
## WATER
1995 PROSPECT AVENUE, EAST MEADOW, N.Y. 11554-3100
(516) 794-8300
FAX# (516) 794-1355

FILE
1243-G

GREGORY P. PETERSON
PRESIDING SUPERVISOR
RICHARD V. GUARDINO, JR.
SUPERVISOR

July 7, 1995

Region Associates, Inc.
50 Park Avenue
Bay Shore, NY  11706

ATT:  C. Chapman, President

Re:  Packed Tower Aeration System at
Bowling Green Estates Water District
Wells 1 and 2, General Construction
PW 35-95

Dear Sir:

Please be advised that award of the above referenced contract has been recommended to your company in the amount of $118,900.00.  The Hempstead Town Board will act on award of contract on 7/11/95.

You are requested to obtain your Performance Bond, Labor and Materials Bond, Certificate of Workmen's Compensation and Certificates of Insurance, such that you will be able to sign contract documents as soon as possible after 7/11/95.

In the interim, because of the urgency of this project to protect the public water supply of the Bowling Green Estates Water District you are hereby directed to commence work on 7/11/95.

Please call if you have any questions.

Very truly yours,

Daniel Davis, P.E.
Commissioner

DD:tp
cc:  R. Burns, Dvirka & Bartilucci