# Exhibit 5

THOMAS S. GULOTTA
COUNTY EXECUTIVE



John B. Branche, MD, FAAP
COMMISSIONER

FRANCIS V. PADAR, P.E., M.C.E.
DEPUTY COMMISSIONER FOR
ENVIRONMENTAL HEALTH

NASSAU COUNTY
DEPARTMENT OF HEALTH

240 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501

June 28, 1990

Mr. Nicholas J. Bartilucci, P.E.
Dvirka and Bartilucci
6800 Jericho Turnpike
Syosset, N.Y. 11791

Re: Granular Activated Carbon
Treatment at Wells Number 1 & 2
Bowling Green Water District
(NCDH File # 1431-90)

Dear Mr. Bartilucci:

This Department has completed the review of the plans and specifications for the above referenced project. Although the Department does not necessarily agree with the assessments presented by your organization and the Town of Hempstead's eagerness to utilize GAC treatment; the Department can not reject the proposal due to the lack of data supporting our view that Methylene Chloride will indeed reach the supply wells and render the GAC units obsolete.

Enclosed please find a copy of approved plans and specifications accompanied by for GEN 207 "Approval of Plans for Public Water Supply Improvement".

Sincerely yours,

Shahriar Taj-Taraghi
Public Health Engineer I
Bureau of Public Water Supply

cc:  New York State Department of Health
      Attn: Gilbert M. Faustel, P.E.
      Attn: George Philip, P.E.
     Town of Hempstead Department of Water
      Attn: Daniel Davis, P.E.

14311

CONDITIONS

f.  The treatment objective for this facility is to reduce the level of each
    volatile organic contaminant to 1-2 µg/l and the total organics to
    between 10 and 20 µg/l in the finished water.

    If at any time this objective is not met, modifications to the treatment
    system may be required as determined by the Bureau of Public Water Supply
    of the Nassau County Department of Health.

g.  Prior to issuing a Completed Works Approval, the system is to be
    thoroughly tested.  Sampling of both raw and treated water shall be taken
    and analysis shall be conducted by a New York State approved lab in
    conformance with EPA method 502.1 Volatile Halocarbons and 503.1 Volatile
    Aromatics.  The results of these analyses are to be submitted for the
    Departments review.  If the results are determined to be satisfactory,
    the treatment facility can be placed in service.  If, however, the
    results are unsatisfactory, additional sampling will be required.  The
    frequency and the number of the samples taken should be in accordance
    with the latest version of Nassau County Department of Health's
    requirements for Granular Activated Carbon Plant Testing.

h.  If it is determined at any time that the results are unsatisfactory, the
    operation of the facility is to be curtailed until such time as
    satisfactory modifications to the system and/or additional treatment is
    provided.

## APPROVAL OF PLANS

### FOR PUBLIC WATER SUPPLY IMPROVEMENT

This approval is issued under the provisions of 10 NYCRR, Part 5:

| 1. Applicant:<br>Town of Hempstead<br>Dept. of Water | 2. Location of Works (C, V, T):<br><br>Town of Hempstead | 3. County:<br><br>Nassau | 4. Water District<br>(Specific Area Served)<br>Bowling Green |
|---|---|---|---|

**5. Type of Project:**

☐ 1 Source     ☐ 3 Pumping Units     ☐ 5 Fluoridation     ☐ 7 Distribution

☐ 2 Transmission     ☐ 4 Chlorination     ☐ 6 Other Treatment     ☐ 8 Storage     ☒ 9 Other

**REMARKS:**

Installation of Granular Activated Carbon Treatment at Wells 1 & 2

NCDH File #1431-90

By initiating improvement of the approved supply, the applicant accepts and agrees to abide by and conform with the following:

    a. THAT the proposed works be constructed in complete conformity with the plans and specifications approved this day or approved amendments thereto.

    b. THAT the proposed works not be placed into operation until such time as a Completed Works Approval is issued in accordance with Part 5 of the New York State Sanitary Code.

    c. THAT any proposed deviation from the plans and specifications be brought to the attention of the NCDH and shall receive approval prior to initiation.

    d. THAT the project shall be under the supervision of a person or firm qualified to practice professional engineering in the State of New York under Education Law of the State of New York.

    e. THAT the person or firm supervising the project certify to the NCDH and to the permittee that the facilities have been under his supervision and that the works have been fully completed in accordance with the approved engineering report, plans, specifications and permit.    ISSUED FOR THE STATE COMMISSIONER OF HEALTH

    (see attached for special conditions f-h)

_June 28, 1990_
Date

_Donald H. Myott_, P.E.
Designated Representative

Michael J. Alarcon, M.C.E., P.E.
Director, Bureau of Public Water Supply
Nassau County Department of Health

Name and Title (print)

Distribution: White — Applicant     Yellow — File (LHO or DHO)<br>Pink — Central Office (BPWS)     Blue — Other

DOH-1017 (01/89)

GPN 207 (Rev. 3/78)
(8B1-20)

NASSAU COUNTY DEPARTMENT OF HEALTH

ORGANIC CHEMICAL REMOVAL PLANT TESTING REQUIREMENTS

| TYPE OF ANALYSIS | SAMPLE LOCATION | PRELIMINARY TESTING [3] | | ROUTINE TESTING [5] |
|---|---|---|---|---|
| | | RUN TIME [4] | NUMBER OF SAMPLES | FREQUENCY |
| (1) | (2) | (3) | (4) | (5) |
| Bacteriological | Raw and Treated Water | Series: 0,2,5,10 30' | 5 | MONTHLY |
| Physical (pH,Temperature and Turbidity) | Raw and Treated Water | 1 Hr | 1 | ANNUALLY |
| Inorganic [1] | Raw and Treated Water | 1 Hr | 1 | ANNUALLY |
| Organic Chemicals (Design Contaminants) | Raw and Treated Water | 1 Hr | 1 | MONTHLY |
| Organic Chemicals [2] | Raw and Treated Water | 1 Hrs | 1 | QUARTERLY |

NOTES:

[1] COMPLETE INORGANIC CHEMICAL ANALYSIS TO INCLUDE ALL CONSTITUENTS LISTED IN
    SEC. 5-1.51 AND 5-1.52, PART 5, STATE SANITARY CODE.
[2] PRINCIPAL ORGANIC CONTAMINANTS (POCs) AND VINYL CHLORIDE TESTING BY NYS APPROVED
    LABORATORY IN CONFORMANCE WITH USEPA METHODS SPECIFIED BY PART 5, STATE
    SANITARY CODE.
[3] PRELIMINARY TESTING IS REQUIRED PRIOR TO ISSUANCE OF NCDH APPROVAL TO OPERATE THE PLANT
    TO THE DISTRIBUTION SYSTEM AND AFTER PERIODS OF EXTENDED PLANT SHUTDOWN AS MAY OCCUR
    DURING THE WINTER.
[4] THE AIR STRIPPING PLANT SHOULD BE FLUSHED TO WASTE, SHUT DOWN OVERNIGHT PRIOR TO
    COLLECTION OF THE PRELIMINARY TEST SAMPLES.  RUN TIMES ARE AFTER AN OVERNIGHT SHUTDOWN.
[5] TESTING TO BE DONE ROUTINELY AFTER FIRST YEAR OF OPERATION TO BE TAKEN AFTER MINIMUM
    1 HOUR RUN TIME.

Rev. 6/21/90

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER

CONSTRUCTION OF BOWLING GREEN ESTATES
WATER TREATMENT PLANT

CONTRACT PW#8-90 - GENERAL CONSTRUCTION

NOTICE TO BIDDERS, INSTRUCTIONS TO BIDDERS, GENERAL CONDITIONS,
TOWN FORMS, SPECIAL CONDITIONS, TECHNICAL SPECIFICATIONS AND DRAWINGS



DVIRKA AND BARTILUCCI
CONSULTING ENGINEERS
SYOSSET, NEW YORK

**APPROVED**

APRIL 1990   NASSAU COUNTY DEPARTMENT OF HEALTH

PLAN No. 1431-90

2502E

# TATES

NASSAU COUNTY DEPARTMENT OF HEALTH
DIVISION OF ENVIRONMENTAL HEALTH

MINEOLA, N Y   June 28, 1990

THESE PLANS FOR GAC installation at
Bowling Green Estates Wells 1 & 2
ARE HEREBY APPROVED SUBJECT TO THE PROVISIONS OF THE PERMIT ISSUED
THIS DAY.

for F.V. Pacias / Donald H. Myatt. P.E.
LOCAL PUBLIC HEALTH ENGINEER

SHEET 1 OF 14          PLAN No. M31-90

AL DEMOLITION PLANS

AL MODIFICATION PLAN

AILS AND GENERAL

S

IONS AND DETAIL

IONS, DETAIL AND

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY, NEW YORK


FURNISHING AND INSTALLING GRANULAR ACTIVATED CARBON
ADSORPTION SYSTEM
AT THE
BOWLING GREEN ESTATES BOOSTER PUMP STATION


Advertisement for Bids, Instructions to Bidders, Bid, Bid Bond,
Agreement, Technical Specifications, Maintenance bond and Drawings



**APPROVED**

NASSAU COUNTY DEPARTMENT OF HEALTH

PLAN No. 1431-90

UNAUTHORIZED ALTERATION OR ADDITION
TO THIS DOCUMENT IS A VIOLATION OF
SECTION 7209 OF THE NEW YORK STATE
EDUCATION LAW.

Prepared By

Dvirka and Bartilucci
Consulting Engineers
Syosset, New York

TOWN OF HEMPSTEAD

BOWLING GREEN ESTATES WATER DISTRICT

WELLS 1 AND 2

CARBON ADSORPTION SYSTEM

DESIGN REPORT

**APPROVED**

NASSAU COUNTY DEPARTMENT OF HEALTH

PLAN No. 431-90

Dvirka and Bartilucci
Consulting Engineers
Syosset, New York

# Exhibit 6

ADOPTED: June 19, 1990

Councilman  Cairo            offered the following resolution and moved
its adoption:

RESOLUTION ACCEPTING LOW BID OF E.B.C.
CORPORATION FOR THE CONSTRUCTION OF
BOWLING GREEN ESTATES WATER TREATMENT
PLANT, PW-8-90 (REBID), GENERAL CONSTRUCTION
IN THE BOWLING GREEN ESTATES WATER DISTRICT,
TOWN OF HEMPSTEAD.

WHEREAS, the Commissioner of General Services, Town of Hempstead on
behalf of the Department of Water, duly advertised for bids for the Construction
of the Bowling Green Estates Water Treatment Plant, Bowling Green Estates
Water District as per specifications and plans prepared by Dvirka & Bartilucci
Consulting Engineers; and

WHEREAS, the bids submitted pursuant to such advertisement were
opened and read in the office of the Commissioner of General Services on
June 6, 1990 at 11:00 A.M. in the forenoon; and

WHEREAS, the following bids were received and referred to the
Commissioner of the Department of Water and said Consulting Engineer
for examination and report:

| | |
|---|---|
| E.B.C. Corp. | $395,466.00 |
| Bensin Contracting, Inc. | $443,680.00 |
| Centrum Construction Co. | $481,500.00 |
| Bancker Construction Corp. | $515,000.00 |
| New Horizons Land Dev. | $543,543.00 |
| DeSanto Construction | $566,718.00 |
| C.F. Mentzinger's Son, Inc. | $657,800.00 |

and

WHEREAS, the Commissioner of the Department of Water and said
Consulting Engineer reported that the lowest bid in the amount of $395,466.00
was received from E.B.C. Corporation; and

WHEREAS, the Commissioner of the Department of Water and said
Consulting Engineer recommended the acceptance of said low bid of E.B.C.
Corporation in the amount of $395,466.00 to the Town Board and it appears
that said bidder is duly qualified.

NOW, THEREFORE, BE IT

RESOLVED, that the low bid of E.B.C. Corporation, 8 North Tyson Avenue,
Suite 1, Floral Park, New York 11001 in the amount of $395,466.00 for the
Construction of Bowling Green Estates Water Treatment Plant in the Bowling
Green Estates Water District, as per specifications and plans be accepted
subject to the execution of a contract by it; and BE IT FURTHER

RESOLVED, that upon execution of the contract by the successful bidder,
and the submission of the required labor and materials and performance bonds
and necessary insurance and the approval of the Town Attorney, the Presiding
Supervisor be and he hereby is authorized to execute the said contract on
behalf of the Town of Hempstead; and BE IT FURTHER

RESOLVED, the performance, labor and materials bonds and insurance of the bidder, when approved by the Town Attorney as to form, be filed with the Contract in the Town Clerk's Office; and BE IT FURTHER

RESOLVED, that the Presiding Supervisor be and he hereby is authorized, when the Town Clerk shall have certified to him that the contract, bonds and insurance of said E.B.C. Corporation have been duly executed and filed in his office to return to the bidders, including the successful bidder, their bid deposit checks as soon as practicable by certified mail; and BE IT FURTHER

RESOLVED, that the Presiding Supervisor be and he hereby is authorized to make payments under the contract executed by the successful bidder from the following Capital Outlay Accounts SW501-301, SW502-301, SW503-301, SW506-301, SW507-301 wherein the allocation of payments shall be made as follows, SW501-301 (6.5%), SW502-301 (31.2%), SW503-301 (22.7%), SW506-301 (24.0%), SW507-301 (15.6%).

The foregoing resolution was adopted upon roll call as follows:

AYES:    EIGHT    (8)

NOES:    NONE     (0)

Exhibit 7

*Office of the Town Clerk*

**TOWN OF HEMPSTEAD**

# INTER-DEPARTMENTAL MEMO

TO          :     MICHAEL A. GREENE – TOWN COMPTROLLER

FROM        :     RICHARD A. WORRALL – DEPUTY TOWN CLERK

DATE        :     July 16, 1990

SUBJECT     :     CONTRACT (PW # 8-90) Accepting low bid
                  for construction of Water Treatment Plant
                  Bowling Green Estates Water District


                  Awarded: E.B.C. Corp.
                  June 19, 1990 – Resolution No. 792-1990


                  Contract, Performance Bond, Labor & Material
                  Payment Bond and Insurance, covering the
                  above have been approved, executed and filed
                  in the Office of the Town Clerk, together
                  with Bid Bond.

                  Attached herewith is duplicate copy of
                  Contract for your files.

                                    *Richard A. Worrall*
                                    _____
                                    Deputy Town Clerk

          sb
          atts.


          cc: Dir. of Finance – Mr. Garretson
              Dept. of General Services – Mr. Trias
                w/cc Insurance & Bonds
              Div. of Public Works w/Contract
              Dept. of Purchasing
              Dept. of Water

# Exhibit 8



**Dvirka and Bartilucci**
CONSULTING ENGINEERS

6800 Jericho Turnpike, Syosset, New York 11791
516-364-9892 • Fax: 516-364-9045

December 10, 1990

Nassau County Department of Health
Bureau of Public Water Supply
240 Old Country Road
Mineola, New York 11501

Attention:   Shahriar Taj-Taraghi
             Public Health Engineer I

        Re:  Petition for Substantial Completion
             NCDH File #1431-90
             Bowling Green Estates Water District
             Granular Activated Carbon Treatment
             D&B No. 1014-C

Gentlemen:

        It would be most appreciated if, at your earliest
convenience, a certificate for substanital completion be issued
for the granular activated carbon piping system.

        The system has not been filled with carbon.  At present,
the water quality from each of the two wells is within Health
Department standards.  The Town of Hempstead at this time
requests permission to operate these wells while bypassing the
granular activated carbon (GAC) vessels until such time that
mandatory treatment becomes necessary.  We are cognizant of the
special conditions of the permit and as such, shall abide by
those conditions when carbon treatment becomes necessary.
Enclosed for your records are satisfactory bacteriological
analysis for Carbon Unit No. 2 and No. 3, piping, and bypass
line.  Carbon Unit No. 1 has since been disinfected.
Satisfactory bacteriological analysis will be forwarded to your
office upon receipt from the laboratory.

        We provided full-time observation throughout the period of
construction and have determined that the work completed is in
general conformance with the requirements at the plans and
specifications as approved by the Health Department.

RECEIVED
TOWN OF HEMPSTEAD
WATER DEPARTMENT
EAST MEADOW, N.Y.

DEC 17  9 50 AM '90

DVIRKA AND BARTILUCCI

Nassau County Department of Health                    Page 2
December 10, 1990

        As-built plans are presently being generated to reflect
field changes.  Copies of the plans will be submitted to your
office upon completion.

        Should you have any questions, please contact our office.

                              Very truly yours,

                              Steven J. Doyle

SJD:ft
Enclosure

cc: Commissioner Daniel Davis
    Jack Nevader, Deputy Commissioner

RECEIVED
TOWN OF HEMPSTEAD
WATER DEPARTMENT
EAST MEADOW, N.Y.
Dec 17  9 49 AM '90

Exhibit 7

# DEPARTMENT OF WATER

## TOWN OF HEMPSTEAD

• INTER-DEPARTMENTAL MEMO •

<u>HAND DELIVERED</u>

| | | |
|---|---|---|
| To | : | Ronald Levinson, Town Attorney |
| From | : | Daniel Davis, P.E., Commissioner |
| Date | : | May 2, 1995 |
| Subject : | | New Cassel Industrial Area Inactive Hazardous Waste Site |

Appropos of our telephone conversation of this date I am enclosing information relating to the above site from the New York State Department of Environmental Conservation.

Because of the serious impact of pollutants emanating from the above site on the Department's Bowling Green Estates Water District two public wells, the Department plans to attend a community meeting on May 16, 1995 in New Cassel at the Park Avenue School at 7:00 P.M. which is being conducted by the New York State Department of Environmental Conservation.

It would be appreciated if your office could arrange for a Deputy Town Attorney to accompany the writer, in as much as the Town will be seeking redress to recover expenses associated with the installation and operation of Granular Activated Carbon Filters at the Bowling Green Estates Water District Iris Place Pumping Station. These filters were installed to remove the presence of organic contaminants which appear to be linked to the New Cassel site.

Thank you.

Daniel Davis, P.E.,
Commissioner

DD:tp
encl.
cc:  Dvirka & Bartilucci
bcc: Jim Richards, Executive Assistant to the Presiding Supervisor
      Harold Morgan, Administration

Exhibit _10_

New York State Departments of
Environmental Conservation (NYSDEC) and Health (NYSDOH)
Public Informational Meeting
New Cassel Industrial Area Inactive Hazardous Waste Site
New Cassel, Town of North Hempstead
May 16, 1995  7:00 PM


I       Welcome and Purpose of Meeting
        Joshua Epstein, NYSDEC Citizen Participation Specialist

II      Statement of NYSDEC Regional Director Ray Cowen

III     Statement by May Newburger, Supervisor, Town of North Hempstead

IV      Citizen Participation Activities to Date
        Joshua Epstein

V       Brief History of the Site
        David Harrington, NYSDEC Project Manager

VI      Conduct of the Site Investigation
        Ed Maikish, Lawler, Matusky & Skelly Engineers (Consulting Firm)

VII     Investigation Conclusions and Results
        David Harrington

VIII    Role of New York State Department of Health
        Maureen Schuck, NYSDOH Public Health Specialist

IX      Next Steps
        John Swartwout, NYSDEC Program Director

X       Questions and Answers
        Joshua Epstein, Moderator

Resource

Ajay Shah, NYSDEC Regional Hazardous Waste Engineer
Representative from NYSDEC Regional Air Quality Unit
Jeanna Hussey, NYSDEC Division of Environmental Enforcement
Mark Van Valkenburg, NYSDOH Public Health Specialist
Nina Knapp, NYSDOH Health Liaison Specialist
John Lovejoy, Nassau County DOH, Bureau of Water Supply Protection

Please sign in and provide your complete name and address so that we can
include your name in subsequent mailings.

IE:NEWCASS2.AGE

Exhibit _11_

+9199

GREGORY P. PETERSON
PRESIDING SUPERVISOR



OFFICE OF THE
**PRESIDING SUPERVISOR**
TOWN OF HEMPSTEAD
1 WASHINGTON STREET, HEMPSTEAD, N.Y. 11550-4923
(516) 489-5000

May 23, 1995

Michael J. O'Toole, Jr., P.E.
Director
Division of Hazardous Waste Remediation
New York State Department of
 Environmental Conservation
50 Wolf Road
Albany, New York 12233-7010

RE:  <u>New Cassel Industrial Area</u>

Dear Mr. O'Toole:

    We, at the Town of Hempstead, are very concerned
about the contamination at the New Cassel Industrial Area.
To date, the concerted effort of the New York State Department
Environmental of Conservation and the New York State Department
of Health have remained focused on the New Cassel/Westbury
areas located within the Town of North Hempstead.  However,
as illustrated in attached Figure 7-1, two of our wells
are only 500' from the New Cassel Industrial Area and
are directly in the path of several identified plumes.
    In 1986, the Nassau County Department of Health
determined that high levels of toxic chemicals in groundwater
were moving from the New Cassel Industrial Area toward
three public water supply wells.  We have recently reviewed
the document entitled "Site Investigation Report - New
Cassel Industrial Area," date February 1995.  The current
report neglects to explain how far the contaminated groundwater
has moved since it was first identified almost 10 years
ago.  In fact, it was reported at the May 16th Public
Meeting held in New Cassel that, to date, no off-site
testing has been conducted to determine the extent of
the plumes.  However, based upon the results of the investigation
of the New Cassel Industrial Area, it is apparent from
the types of contaminants found, the location of identified
groundwater contamination and the direction of groundwater
flow in the study area, the condition of the Town of Hempstead
Bowling Green water supply wells is the result of contamination
emanating from the industrial area.  (Please refer to
the aforementioned Figure 7-1).  The wells are the only
source of supply to the entire water district.  Therefore,
it is extremely urgent and the Town formerly requests
that the DEC take the necessary remedial steps to prohibit

SSB 000840

the continued onslaught of the contaminants from the New Cassel Industrial Area into our wells.

Beginning in 1986, an increase in the levels of contaminants began to show in the Bowling Green Estates Water District wells.  The Town of Hempstead, because of the threat of contamination identified in the 1986 Nassau County Department of Health Study, and its responsibility to serve residents within the Bowling Green Water District, as well as the neighboring Roosevelt Field Water District on an emergency basis, with an adequate and safe supply of potable water, installed an activated carbon treatment system on the Bowling Green wells in 1991.

While, to date, the carbon treatment system has kept the water within quality standards, the substantial increase in the levels of contamination in the Bowling Green wells since 1992 (see attached table), and the fact that the levels will likely continue to increase as a result of the finding of very high levels of contamination in the industrial area which is migrating toward the wells, has forced the Town to reevaluate the carbon treatment system.  The carbon treatment system, by itself, is becoming less effective as the levels of contamination rise, and very costly to maintain.  The Town has determined the need to install a supplemental water treatment system which will comprise air strippers to remove the contaminants, followed by carbon polishing, if necessary, to achieve drinking water standards.

Because the contamination is migrating from identified New York State Superfund sites, and the residents of the Bowling Green Water District would not have an adequate and safe supply of potable water without treatment of the Bowling Green wells, it is our understanding that provision for treatment for these walls is eligible for funding under the New York State Superfund Program.  The Town is not seeking reimbursement for the cost of treatment it has already expended for these wells, but is requesting funding for supplementing the existing treatment systems to improve effectiveness and reduce the cost of treatment to those served by the Bowling Green Water District.

We view the need to safeguard the health of the residents of the Bowling Green Water District as a high priority for the Town of Hempstead.  As a result of the needs of the residents of the Bowling Green Water District, and based upon the commitment made by your Department at the Public Meeting held on May 16th in New Cassel to protect public health resulting from contamination from the New Cassel Industrial Area in an expeditious manner, the Town of Hempstead is hereby formally requesting Superfund

- 2 -

SSB 000841

financial assistance in providing additional treatment for the Bowling Green water supply wells.

We further seek a full, immediate and intensive investigation by the DEC to determine who all the polluters are so that they will be held accountable for their actions.

We anxiously await a response and assistance from your office, and more importantly to arrange for a meeting with you to discuss that matter.  In the interim, if you have any questions with regard to this letter, or require additional information, please do not hesitate to call me.

Very truly yours,

GREGORY P. PETERSON
Presiding Supervisor

GPP/lp
Attachments
cc:   Honorable George E. Pataki
      Honorable Donna Ferrara
      Ray Cowen, Region I DEC Director

- 3 -

SSB 000842

# Exhibit 12

# DEPARTMENT OF WATER

## TOWN OF HEMPSTEAD

• INTER-DEPARTMENTAL MEMO •

To        :    File

From    :    Daniel Davis, P.E., Commissioner

Date     :    May 30, 1995

Subject :    New Cassel Industrial Area

The writer spoke this afternoon with Mr. Jay Hershkowitz of 2623 Flower Street, Westbury (telephone number 338-4331).

Mr. Hershkowitz had contacted the office of J. Richards to discuss the recently received letter from the Presiding Supervisor regarding the New Cassel Industrial area and steps that are being taken to provide for the protection of the public supply wells located at the Iris Place Pump Station.

In discussion with Mr. Hershkowitz he indicated that he was not in complete agreement with the letter of the Presiding Supervisor in that he felt that more emphasis should have been placed on the cleanup of the New Cassel Industrial Site, which is extremely important to the residents of the Salisbury area. The writer explained that the immediate need at this point in time, on a short term basis, is the protection of the two supply wells at the Iris Place Pump Station and that it is necessary to provide additional treatment to ensure that treated water from the Station meets all drinking water standards and that only after the report from the New York State Department of Environmental Conservation in February was made available was the Town and the Department aware of the seriousness of the groundwater contamination in the New Cassel Industrial Area and the presence of VOC plumes in the groundwater moving in a southwesternly direction towards the two public supply wells.

Mr. Hershkowitz is also concerned about the quality of air in the area resulting from emissions  coming also from the New Cassel Industrial Area which was called to the attention of the New York State Department of Environmental Conservation at the May 16th community meeting in New Cassel. As Mr. Hershkowitz properly noted this is a matter for the Nassau County Department of Health who from all indications and according to Mr. Hershkowitz has done little to remedy the problem.

The writer concurred with Mr. Hershkowitz that steps must be taken in addition to providing protection for the public supply wells at the Iris Place Pump Station, that remediation steps efforts should commence immediately, if not sooner at the New Cassel Industrial Site, notwithstanding statements that they are legally bound to first identify those property owners who can be held responsible for contamination of the groundwater supply and only after that has been determined can they consider remediation efforts. As stated at the May 16th community meeting this process could take anywhere from 7 - 10 years, during which time the groundwaters of the Town of Hempstead would continue to be contaminated.

- 2 -

The writer explained to Mr. Hershkowitz that the Department is fast tracking the installation of an air stripping tower at the Iris Place Pump Station and that the tower will be in service no later than Labor Day of this year and is being installed at this point in time as a precautionary measure.    Mr. Hershkowitz was pleased to hear this and asked the writer if the Department would be kind enough to keep him appraised of the developments in remediation of the groundwater supply in that area, as well as progress of work at the Iris Place Pump Station.   The writer indicated that he would be pleased to do so.

DD:tp

Exhibit 13

# DEPARTMENT OF WATER

## TOWN OF HEMPSTEAD

• INTER-DEPARTMENTAL MEMO •

To       :    File

From    :    Daniel Davis, P.E., Commissioner

Date     :    May 31, 1995

Subject :    New Cassel Industrial Area

The writer received a request this date from Jim Richard's office, regarding an inquiry from a Mrs. Papain of 1033 Bowling Green Drive, Westbury, New York (telephone number 333-5210) regarding the recent letter sent to the Bowling Green Estates Water District from the Presiding Supervisor.

Mrs. Papain indicated, as a senior citizen, a concern that the drinking water she receives is safe to drink and in addition that it may become contaminated from the chemicals coming into the groundwater from the New Cassel Industrial Area, and she feels that it may be necessary to buy bottled water.

The writer explained to Mrs. Papain that the water is safe to drink and has been up to the present time and will continue to do so, it is tested on a monthly basis and the Department has in place granular activated carbon filters to remove any of the chemicals that may come into the groundwater from the New Cassel area and that we have at our two wells 120,000 pounds of granular activated carbon to filter all water which is treated before going into the public water supply system.

The writer also explained to Mrs. Papain that we are proceeding to install additional treatment at the location of the two wells that will be in service by Labor Day, that will ensure that any increases in chemicals in the groundwater supply will be removed and that the water that we serve the customers of the Bowling Green Estates Water District will continue to be free of any of these chemicals.

Mrs. Papain seemed to be satisfied with the writer's explanation and the writer also indicated that the Department and the Presiding Supervisor's Office will continue to pursue cleanup of the industrial area site and that is a top priority with the Town.

DD:tp

Exhibit 14

SENT BY:Xerox Telecopier 7020 ; 5-30-95 ; 8:07AM ;                516 364 9045→              7941355;# 1



**Dvirka
and
Bartilucci**
CONSULTING ENGINEERS

6800 Jericho Turnpike, Syosset, New York 11791
516-364-9892   •   Fax: 516-364-9045

TELEFAX NO.: 516-364-9045

DATE: 5/30/95

TO: Town of Hempstead
Department of Water

ATTENTION: Daniel Davis, P.E., Comm.

TELEFAX NO.: 794-1355

FROM: Bob Burns

NO. OF PAGES: 4
(including cover sheet)

SUBJECT: Bowling Green
Estates W.D. Air Stripper

MESSAGE: Dear Dan –
          I would recommend option
No. 3 –
          At @ overall tower height
of 31' we can treat up to 200 ug/l
of TCE to an effluent of 4 ug/l max.
and add 10' later to treat up
to 800 ug/l to an effluent of 4 ug/l max
          Please Call after you review
                                        Bob

The telecopier model we operate is 7020 by XEROX

♻ Recycled Paper

SENT BY:Xerox Telecopier 7020 ; 5-30-95 ; 8:08AM ;                 516 364 9045→                     ⊤941355;# 2
SENT BY:                                  5-26-95 ; 4:17PM ;HYDRO GROUP INC. EPD→      516 364 9045;# 1/ 5



## ENVIRONMENTAL PRODUCTS DIVISION

May 26, 1995

Mr. Robert T. Burns, P.E.
Dvirka and Bartilucci Consulting Engineers
6800 Jericho Turnpike
Syosset, NY 11791

Re: Air Stripping System
Bowling Green Estates Water District

Dear Mr. Burns:

Hydro Group, Inc. is pleased to submit the attached quotation to supply and deliver a packed column air stripping system for the referenced project.

As you requested during our May 25, 1995 meeting, we have worked up pricing for four (4) air stripping tower options capable of removing TCE from groundwater at a minimum water temperature of 50 °F. These options are summarized as follows:

| OPTION | MODEL | TOWER DIA. | PBD | TOWER HEIGHT | TCE REMOVAL | DESIGN WATER FLOW | BLOWER VOLUME |
|---|---|---|---|---|---|---|---|
| 1 | PCS-115.19 | 9.55' | 19' | 30' | 98% | 2,100 gpm | 19,250 cfm |
| 2 | PCS-115.25 | 9.55' | 25' | 36' | 99% | 2,100 gpm | 19,250 cfm |
| 3 | PCS-130.19 | 10.82' | 19' | 31' | 98% | 2,600 gpm | 22,450 cfm |
| 4 | PCS-130.25 | 10.82' | 25' | 37' | 99% | 2,600 gpm | 22,450 cfm |

The following items and/or services are included in each of the four (4) options:

* Aluminum tower shell with four (4) manways and a side effluent nozzle;
* 2" diameter Jaeger Tripacks packing media, shipped separate for field installation;
* Tower internals (orifice distributor tray, mist eliminator, packing support tray, and redistributors;
* Attached influent piping terminating at a 150# flange approximately 3' above the base of the tower;
* One blower, with a variable frequency drive, air measuring station, air inlet filters, silencer, and aluminum ductwork;
* Anchor bolt template and anchor bolts;
* Truck delivery to the jobsite;
* Two (2) days of on-site start-up services;
* Submittal drawings and O&M manuals.

Due to the potential wide operating range of the chosen system a dual blower arrangement is not practical. Therefore, the chosen system will utilize a single blower which will be provided with a variable frequency drive. A 4-20 mA signal will be provided by the air measuring station utilizing a differential pressure cell and P&ID controller. Wiring of these controls to the VFD is by others.

The towers for Options #1 and #3 will be designed to add a future spool piece containing 10' of packing media. The addition of this packing will result in towers capable of achieving 99.5% removal of TCE at the design water flow rates. The blower for each of these options has been sized with this modification in mind.

We have also provided an adder price for installation of any of the four (4) options. This price includes the labor and crane necessary to install the tower on a suitable concrete pad designed and provided by others.

The following items and/or services are not included in Hydro Group's scope of work:

- any items or services not listed above as part of this proposal;
- design, supply or installation of concrete base below packed column and blowers;
- on-site electrical wiring of any kind;
- piping or pipe fittings except as detailed above;
- laboratory testing of any kind;
- instrumentation or controls of any kind;
- pumping equipment;
- field painting of any kind;
- disinfection of equipment or disinfection chemicals;
- permits of any kind;
- spare parts of any kind;
- off-gas treatment considerations;
- sales tax.

Please refer to our Standard Terms and Conditions of Sale, attached, which are a part of this proposal. Price quoted is FOB Bridgewater, NJ, freight prepaid. Please note that this price does not include any applicable sales tax. If you are tax exempt we will require a tax exemption certificate.

Shop drawings will be available ASAP after receipt of a written purchase order. In order to meet a June 30, 1995 delivery date, we will require written approval of this proposal by May 30, 1995. Additionally, we propose to hand deliver the shop drawings for immediate release for fabrication. Our payment terms are: 95% upon delivery, and 5% after start-up. All invoices are due 30 days net.

If you have any questions, or require any additional information regarding this proposal, please do not hesitate to call me. We are looking forward to working further with you on this project.

Sincerely yours,

HYDRO GROUP, INC.
Environmental Products Division

John M. Balla
Project Engineer

JMB/mef
Q95-048/95000357
cc: B Varley





## ENVIRONMENTAL PRODUCTS DIVISION

TO: Mr. Robert Burns
Dvirka & Bartilucci Consulting Engineers
Syosset, NY 11791

DATE: May 26, 1995
RE: Bowling Green Estates Water District
REF. NO.: Q95-048

Hydro Group, Inc. Environmental Products Division proposes to provide equipment and/or services as follows:

| ITEM | DESCRIPTION | PRICE |
|------|-------------|-------|
| 1 | Option 1, Model No. PCS-115.19 | $ 153,700.00 |
| | Option 2, Model No. PCS-115.25 | 169,200.00 |
| | Option 3, Model No. PCS-130.19 | 169,600.00 |
| | Option 4, Model No. PCS-130.25 | 189,900.00 |
| 2 | Installation of any of the above systems | 12,500.00 |

## TERMS AND CONDITIONS ATTACHED ARE A PART OF THIS PROPOSAL

Shop drawings to be submitted: ASAP
Shipment after receipt of approved shop drawings: June 30, 1995, contingent on May 30, 1995 award
Delivery Terms: FOB Bridgewater, NJ, freight prepaid
Special Payment Terms: 30 days net on delivery
Attachments: Proposal, Standard Terms and Conditions of Sale

Hydro Group, Inc.

By: _Thomas E Johnson_

Date: _5/26/95_

Accepted:

By: _____

Date: _____

Exhibit 15

REQ. NO. BG-8

APPROPRIATION ACCT.
71F-507-7502-5010

DATE DELIVERY REQUIRED

FORMAL BID NO.

TOWN OF HEMPSTEAD
DEPARTMENT OF PURCHASING

**PURCHASE REQUISITION**

CONFIRMING ORDERS EXCEEDING
$75.00 WILL NOT BE ACCEPTED

DEPARTMENT BOWLING GREEN WATER DISTRICT
DELIVER TO  Bowling Green Water District
LOCATED AT  1995 Prospect Avenue
East Meadow, NY  11554
Att:  Comm. Davis, P.E.

| QUANTITY REQUIRED | UNIT | DESCRIPTION OF MATERIALS, SUPPLIES OR EQUIPMENT  COMPLETE SPECIFICATIONS MUST BE INDICATED  ITEMS OF ONE CLASSIFICATION ONLY | UNIT PRICE | AMOUNT | DO NOT WRITE IN THESE COLUMNS — VENDOR — | PURCHASE ORDER NO. |
|---|---|---|---|---|---|---|
| | | SUPPLY & INSTALL | | | | |
| | | Packed Tower Aeration System at | | | | |
| | | Bowling Green Estates Water District | | | | |
| | | Wells 1 and 2 as per attached | | | | |
| | | specifications. | | | | |

A – BIDS ATTACHED ☐
B – PERIODIC BIDS ☐
C – PREVIOUS LOW BID ☐
D – CONTRACT ☐
E – REPLACEMENT PARTS ☐
F – FORMAL BID ☐
G – EMERGENCY ☐ VV

PLEASE AVOID RUSH ORDERS!

REQUESTED BY ___Comm. Davis, P.E.___

EST. COST  $200,000.00

I HEREBY CERTIFY THAT THE ITEMS SPECIFIED ARE NECESSARY, FOR THE USE OF THIS DEPARTMENT AND THAT THE FUNDS ARE AVAILABLE, THEREFORE.

DATE 6/7/95  APPROVED _____ DEPARTMENT HEAD

SUPERVISOR'S APPROVAL

PA-23-45M-4/93

TO:       PRESIDING SUPERVISOR

FROM:     Daniel Davis, P.E., Commissioner

DATE:     June 7, 1995

SUBJECT:  REQUEST FOR PERMISSION TO ADVERTISE FOR BIDS
          BY:  [X] COMMISSIONER OF PURCHASING (PURCHASE ITEMS)

TITLE: Packed Tower Aeration System

DESCRIPTION: Packed Tower Aeration System to include one (1) Tower
          (approx. 11' dia. x 31' hgt.), dual variable speed drive air
          blowers (filters, silencers, duct work), packing media, influent
          piping and connections.

JUSTIFICATION: For removal of hazardous volatile halogenated organic
          compounds present in Well No. 1 & Well No. 2 in the Bowling Green
          Estates Water District to a level which meets New York State Health
          Department drinking water standards.

                                    REQUISITION NO.    BG-8

                                    ESTIMATED COST:  $200,000.00

                         Signed:

                                    DANIEL DAVIS P.E./COMM.
                                    WATER DEPARTMENT

APPROVED BY:

Commissioner of Purchasing   6/7/95      Date

                                         A/C No.   71F-507-7502-5010

                                         Enc. No.

APPROVED BY:

Town Comptroller   4/9/95                Date

NO OBJECTION:

Presiding Supervisor                     June 7, 1995
EXECUTIVE ASSISTANT                      Date

RETURN FOR PROCESSING TO:   [X] COMMISSIONER OF PURCHASING

PA6A 6/77                                FB#21-1995

Exhibit _16_

Case 2:03-cv-05985-DRH Document 454-3 Filed 10/01/09 Page 40 of 40 PageID #: 5071

## DAN BARCLAY INC.
HEAVY & SPECIALIZED HAULING & RIGGING

ROUTE 15, WHARTON, NJ 07885
(201) 361-4000
DISPATCH (800) 526-4640 FAX (201) 361-0120
I C C # MC 133841

**RECEIPT**

| PRO # |
|---|
| 10781 |

DATE
07/19/95

SHIPPERS #.

| SHIPPER | CONSIGNEE |
|---|---|
| HYDRO GROUP INC<br>97 CHIMNEY ROCK ROAD<br>BRIDGEWATER, NJ<br>908 704 8880 | BOWLING GREEN WATER DISTRICT<br>1995 PROSPECT AVENUE<br>EAST MEADOW, NY<br>DANIEL DAVIS, P.E. |

| TRAILER | TRACTOR | DRIVER | TRIP NUMBER | P.O. NUMBER | DATE | PPD./COLL. |
|---|---|---|---|---|---|---|
| LB28 | 9502 | Jamison | T2191 | 5441 / JOB# 307480/95 | | |

| NO. PIECES | DESCRIPTION OF ARTICLES AND SPECIAL REMARKS | MILES | WEIGHT |
|---|---|---|---|
| 1 | ALUMINUM TOWER<br><br>38'L X 12'W X 12'H | 0 | 10000 |

| TOTAL PIECES | CONSIGNEE NOTE: SHIPMENT HAS BEEN DELIVERED IN GOOD ORDER UNLESS OTHERWISE NOTED. ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS. WE WILL NOT BE RESPONSIBLE FOR CONCEALED DAMAGE. IN THE EVENT DAMAGE IS NOTED AT TIME OF DELIVERY. A DETAILED ACCOUNT OF THE NATURE OF IT MUST BE NOTED HEREON, BEFORE DRIVER LEAVES. | MILES | TOTAL WEIGH |
|---|---|---|---|
| 1 | | 0 | 10000 |

| ENTER TIMES | TRUCK ARRIVED 1 30 AM PM | UNLOADING BEGAN 9 30 AM PM | UNLOADING COMPLETE 10 AM PM | VEHICLE RELEASED 10 AM PM | TOTAL CHARGES |
|---|---|---|---|---|---|

Received the above articles in Good Condition EXCEPT as noted:

Town of Hempstead Water Dept   BY X _Russell P. Daw_   7/20/95

COMPANY NAME          FULL NAME - SIGNATURE          DATE

☐ C.O.D.
CONSIGNEE COPY

HEM0009125